■ RALPH LANDE, Respondent, v NEW YORK CITY BOARD OF EDUCATION, Appellant. [635 NYS2d 682] —In an action to recover damages for personal injuries, the defendant appeals from a judgment of the Supreme Court, Kings County (Garry, J.), entered March 23, 1994, which, upon a jury verdict finding it 100% at fault in the happening of the accident, is in favor of the plaintiff and against it in the principal sum of $172,000.

Ordered that the judgment is affirmed, with costs.

On January 12, 1990, the plaintiff suffered injuries when he slipped and fell on water that was on the floor near a water fountain at Dewey Junior High School in Brooklyn. There was evidence adduced at trial that water spilling from the water fountain was a recurring problem of which the defendant was aware. The jury, therefore, properly concluded that the defendant had constructive notice of the condition that caused the plaintiff's injuries (see, Hirschman v City of New York, 193 AD2d 581; Weisenthal v Pickman, 153 AD2d 849). Balletta, J. P., O'Brien, Santucci and Florio, JJ., concur.

■ DIANNE LANGONE, Appellant, v BEN'S AUTO PARTS, INC., et al., Respondents. [636 NYS2d 651] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County (McCarty, J.), dated February 22, 1994, which denied her motion to restore the matter to the court's calendar.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

The plaintiff failed to demonstrate a reasonable excuse for her lengthy delay in seeking to restore her action to the Supreme Court's calendar after it had been marked off that calendar. Under these circumstances, the Supreme Court did not improvidently exercise its discretion by denying the plaintiff's motion (see, CPLR 3404; see also, Roland v Napolitano, 209 AD2d 501; Robinson v New York City Tr. Auth., 203 AD2d 351; Whitney v Stewart, 175 AD2d 674; Monahan v Fiore, 71 AD2d 914; Lee v City School Dist., 57 AD2d 566). Sullivan, J. P., Balletta, Miller and O'Brien, JJ., concur.